IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | **NOTICE** |
| v. | : | Case No. 2:25-cr-66 |
| Tyler Bossetti, | : | JUDGE MARBLEY |
| Defendant. | : | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: UNITED STATES DISTRICT COURT  Courtroom 331
85 Marconi Boulevard
Columbus, OH  43215  June 13, 2025 @ 11:30 a.m.

***If an interpreter is needed, please notify ASAP***

TYPE OF PROCEEDING:  Arraignment on Information

DATE: April 29, 2025  ALGENON L. MARBLEY
United States District Judge

(By) Diane M. Stash, Deputy Clerk
(614) 719-3265