**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cr-66** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **TYLER BOSSETTI,** | : | |
| | : | |
| **Defendant.** | : | |

---

### DEFENDANT'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

---

In accordance with S.D. Ohio Civ. R. 5.2.1, as incorporated by S.D. Ohio Crim. R. 1.2, Defendant Tyler Bossetti, through his undersigned counsel of record, respectfully requests the Court issue an order permitting the filing of his Motion to Continue Sentencing Hearing under seal for the reasons set forth in the attached memorandum.

Respectfully submitted,

*/s/ Michael J. Hunter*
Michael J. Hunter (0076815)
Shane M. Weigerig (0096782)
**Flannery | Georgalis, LLC**
175 S. Third Street, Ste. 285
Columbus, OH 43215
(614) 324-4139 (Michael)
(614) 324-6313 (Shane)
mhunter@flannerygeorgalis.com
swiegerig@flannerygeorgalis.com

*Counsel for Defendant Tyler Bossetti*

## <u>MEMORANDUM IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL</u>

Counsel for Defendant Tyler Bossetti intends to file a Motion to Continue his April 10, 2026, Sentencing Hearing. In support of this motion, counsel will discuss information about Mr. Bossetti that is sensitive and not a part of the public record in this matter. To continue to protect this sensitive information, Mr. Bossetti respectfully requests that he be permitted to file the Motion to Continue under seal.

Counsel for the government was contacted and has indicated the government does not oppose this motion to file under seal.

Therefore, Defendant Tyler Bossetti respectfully requests the Court issue an Order granting his request to file his Motion to Continue his April 10, 2026, Sentencing Hearing under seal.

Respectfully submitted,

*/s/ Michael J. Hunter*
Michael J. Hunter (0076815)
Shane M. Weigerig (0096782)
**Flannery | Georgalis, LLC**
175 S. Third Street, Ste. 285
Columbus, OH 43215
(614) 324-4139 (Michael)
(614) 324-6313 (Shane)
mhunter@flannerygeorgalis.com
swiegerig@flannerygeorgalis.com

*Counsel for Defendant Tyler Bossetti*

## CERTIFICATE OF SERVICE

I certify that on March 17, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's CM/ECF electronic filing system.

*/s/ Michael J. Hunter*
Michael J. Hunter (0076815)

*Counsel for Defendant Tyler Bossetti*