AO 245B (Rev. 11/25)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Ohio

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Tyler Bossetti | ) **JUDGMENT IN A CRIMINAL CASE**<br>)<br>)<br>) Case Number: 2:25CR00066-001<br>)<br>) USM Number: 90100-511<br>)<br>) Michael Hunter and Shane M. Wiegerig<br>) Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1 and 2 of the Information.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Conspiracy to Commit Wire Fraud | 6/30/2023 | 1 |
| 26 U.S.C. § 7206(2) | Aiding in the Filing of a False and Fraudulent Document | 6/30/2023 | 2 |

The defendant is sentenced as provided in pages 2 through ___1___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/10/2026
Date of Imposition of Judgment

Signature of Judge

Algenon L. Marbley, District Judge
Name and Title of Judge

28 April 2026
Date

AO 245B (Rev. 11/25) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page _____ of ___1___

DEFENDANT:  Tyler Bossetti
CASE NUMBER:  2:25CR00066-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
seventy-two (72) months on Counts 1 and 2, to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
1. Defendant undergo a mental health evaluation and mental counseling.

2. Defendant be placed at FCI Otisville.

3. Defendant be placed at a halfway house placement as authorized under the Second Chance Act,18 U.S.C. § 3624(b) and (c)(1).

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

☑ at   09:00           ☑ a.m.   ☐ p.m. on or by  7/10/2026                    .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on    _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 11/25)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page _____ of ____1____

DEFENDANT:   Tyler Bossetti
CASE NUMBER:   2:25CR00066-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

 3 years in Count 1 and 1 year in Count 2, each count to run concurrently.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 11/25)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

Judgment—Page _____ of ____1____

DEFENDANT:  Tyler Bossetti
CASE NUMBER:  2:25CR00066-001

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 11/25)   Judgment in a Criminal Case
                       Sheet 3D — Supervised Release

Judgment—Page _____ of ___1___

DEFENDANT: Tyler Bossetti
CASE NUMBER: 2:25CR00066-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall provide all financial information requested by the probation officer.

2. The defendant shall not incur new credit charges or open lines of credit without the approval of the probation officer.

3. The defendant shall cooperate with the Internal Revenue Service to file accurate amended U.S. individual Income tax returns for all previously filed incomplete or inaccurate tax return and pay all outstanding taxes, interest, and penalties.The defendant shall cooperate with the Internal Revenue Service and pay all outstanding taxes, interest and penalties.

4. The defendant shall participate in a program of mental health assessment and/or counseling, as directed by the United States Probation Office, until such time as the defendant is released from such program by the probation office. The defendant will make a co-payment for treatment services not to exceed $25 per month, which is determined by the defendant's ability to pay.

AO 245B (Rev. 11/25)   Judgment in a Criminal Case
              Sheet 5 — Criminal Monetary Penalties

Judgment — Page _____ of _____1_____

DEFENDANT: Tyler Bossetti
CASE NUMBER: 2:25CR00066-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 200.00 | $ 12,519,202.40 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Addabbo, Steven | $37,950.00 | | |
| Adams, Barbara | $25,000.00 | | |
| Adorno-Garary, Jose | $91,000.00 | | |
| Alderete, Rebecca | $13,000.00 | | |
| Anderson, Christine | $60,000.00 | | |
| Anderson, Daniel | $32,000.00 | | |
| Andrade, Kristen | $25,000.00 | | |
| Aung, San | $63,950.00 | | |
| Avino, Joseph | $167,000.00 | | |
| Ayala, Nancy | $21,875.00 | | |
| **TOTALS** | $  12,519,202.40 | $  0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 11/25)    Judgment in a Criminal Case
Sheet 5B — Criminal Monetary Penalties

Judgment—Page _____ of _____1_____

DEFENDANT: Tyler Bossetti
CASE NUMBER: 2:25CR00066-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Baxter, Scott | $60,562.50 | | |
| Bell-Kendrick, Jesse | $71,700.00 | | |
| Bell, Kay M. | $35,000.00 | | |
| Bellomo, Rebekah | $75,000.00 | | |
| Bergmann, Shekinah and Shay | $100,614.00 | | |
| Bhuyian, Raad | $50,000.00 | | |
| Blue, Janet | $32,000.00 | | |
| Bode, Charles | $15,000.00 | | |
| Bossetti, Christina | $38,004.50 | | |
| Boyd, Pearl | $20,000.00 | | |
| Boyke, Christopher | $15,000.00 | | |
| Broadbent, Erin | $25,000.00 | | |
| Budney, Jim | $50,000.00 | | |
| Burkett, Dacia | $16,000.00 | | |
| Burnett, Carolyn | $65,000.00 | | |
| Canton, Dennis | $25,000.00 | | |
| Canup, Luke | $45,000.00 | | |
| Chames, Tarique | $5,000.00 | | |
| Charles, Dan | $50,000.00 | | |
| Chowdhury, Ahmed | $18,000.00 | | |
| Clancy, John Paul | $619,000.00 | | |
| Clark, Richard | $337,000.00 | | |
| Coe, Sean | $75,000.00 | | |
| Connell, Michael | $20,000.00 | | |
| Cooney, Hieu | $25,000.00 | | |
| See Supplemental for remaining | $10,094,546.40 | | |

see poge 1-6

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Tyler Bossetti, Docket No. 2:25CR066 – Victim List

| Victim Name | Restitution Owed | Address |
|---|---|---|
| Addabbo, Steven* | $37,950 | 5134 Golfside Drive<br>Lebanon, OH 45036 |
| Adams, Barbara | $25,000 | |
| Adorno-Garary, Jose | $91,000 | 1013 Groveview Wynd<br>Wendell, NC 27591 |
| Alderete, Rebecca | $13,000 | 1018 Little Elm Park<br>Austin, TX 78758 |
| Anderson, Christine | $60,000 | |
| Anderson, Daniel | $32,000 | |
| Andrade, Kristin | $25,000 | 6913 Risata Way<br>Elk Grove, CA 95758 |
| Aung, San | $63,950 | 4400 Hooper Avenue<br>Baltimore, MD 21229 |
| Avino, Joseph | $167,000 | 3009 Hawksdale Drive PMB #337<br>Las Vegas, NV 89134 |
| Ayala, Nancy | $21,875 | 4616 Palomino Way<br>Antioch, CA 94531 |
| Baxter, Scott | $60,562.50 | 1024 Caton Drive<br>Virginia Beach, VA 23454 |
| Bell-Kendrick, Jesse | $71,700 | PO Box 661<br>Pryor, OK 74362 |
| Bell, Kay M. | $35,000 | |
| Bellomo, Rebekah | $75,000 | |
| Bergmann, Shekinah and Shay* | $100,614 | 3845 Canyon Ranch Road<br>Unit 101<br>Highlands Ranch, CO 80126 |
| Bhuyian, Raad | $50,000 | 26428 Valencia Way<br>Loma Linda, CA 92354 |
| Blue, Janet | $32,000 | 357 Cart Crossing Way<br>Las Vegas, NV 89148 |
| Bode, Charles | $15,000 | |
| Bossetti, Christina | $38,004.50 | |
| Boyd, Pearl | $20,000 | |
| Boyke, Christopher | $15,000 | |
| Broadbent, Erin | $25,000 | |
| Budney, Jim | $50,000 | |
| Burkett, Dacia | $16,000 | |
| Burnett, Carolyn | $65,000 | |
| Canton, Dennis | $25,000 | |
| Canup, Luke* | $45,000 | 295 Carl Moore Road<br>Clarkesville, GA 30580 |
| Chames, Tarique | $5,000 | 8883 Mary Fleming Drive<br>Pensacola, FL 75082 |

1

**Tyler Bossetti, Docket No. 2:25CR066 – Victim List**

| | | |
|---|---|---|
| Charles, Dan | $50,000 | 99 Owl Hollow Dawsonville, GA 30534 |
| Chowdhury, Ahmed | $18,000 | 304 Sobieski Street Buffalo, New York 14211 |
| Clancy, John Paul | $619,000 | 6660 Barrett Street Downers Grove, IL 60516 |
| Clark, Richard | $337,000 | 7980 W River Drive Novelty, OH 44072 |
| Coe, Sean | $75,000 | 28711 Placerview Trail Santa Clarita, CA 91390 |
| Connell, Michael* | $20,000 | 443 Quincy Shore Drive Apartment 1 Quincy, MA 02171 |
| Cooney, Hieu | $25,000 | 6400 Oak Cyn Suite 150 Irvine, CA 92618 |
| Corona, Fernando | $200,000 | 3206 East Sunset Hill Drive West Covina, CA 91791 |
| Crews, Andrea | $14,000 | |
| Cuellar-Patino, Santiago | $65,986 | |
| Dickens, Mark Exemption Trust | $500,000 | |
| Dixon, Rick | $10,000 | 1090 Lowell Drive Oconomowoc, WI 53066 |
| Dizon, Edwin | $25,000 | 16273 Castello Lane Fontana, CA 92336 |
| Dolegowski, Won | $50,000 | |
| Doron, Max | $75,250 | |
| Dua, Raj* | $776,460 | 10876 SW Vasari Way Port St. Lucie, FL 34987 |
| Durant Jr., Peter J. | $546,910 | 80 Stoneridge Lane Elma, NY 14059 |
| Ferencevic, Tomislav | $20,000 | |
| Feucht, Andrew | $10,000 | 18302 W Desert Lane Surprise, AZ 85388 |
| Fillinich, Michael | $64,000 | |
| Foyil, Joshua (JT)* | $100,000 | 843 Thornton Road Huntington, TX 75949 |
| Frate, AJ | $133,000 | 10945 Bradley Court Concord, OH 44077 |
| Fullerton, Matt | $80,000 | 245 Ridgeway Drive Crittenden, KY 41030 |
| Gantt, Tonya | $20,000 | |
| Garza, Lilly* | $40,000 | 11011 Cherri Lane Keithville, LA 71047 |

2

**Tyler Bossetti, Docket No. 2:25CR066 – Victim List**

| | | |
|---|---|---|
| Gifford, Kerry | $225,000 | 6135 Olympic Mountain Avenue<br>Las Vegas, NV 89131 |
| Gray, Elliot | $1,200 | 5905 Northgate Parkway<br>Clinton, MD 20735 |
| Gray, Jonathan | $7,300 | |
| Guevara, Elena | $95,000 | |
| Guzman, John | $31,575 | |
| Hamilton, Laurie | $25,000 | |
| Hardemion, George | $2,452.63 | |
| Harter, Rosemarie* | $25,000 | 9735 Route 19<br>Houghton, NY 14744 |
| High, Alyssa | $20,000 | |
| High, Daniel | $10,000 | 2182 Sterners Road<br>Green Lane, PA 18054 |
| Holmes, Joel | $25,000 | |
| Huey, Paden | $951,000 | |
| Hunt, Richard | $10,000 | |
| Jing, Jun Yin | $43,224.82 | 6900 Westcliff Drive<br>Suite 603<br>Las Vegas, NV 89145 |
| Kaminski, Marguerite | $27,000 | |
| Kendig, Arlene and Gary* | $33,000 | 7445 O'Hara Street<br>Huntersville, NC 28078 |
| Kent, Peter | $107,018.95 | Tylers Green<br>Weycombe Road<br>Haslemere, United Kingdom GU27 1EL |
| Kern, Brodie | $1,500 | |
| Kilber, Rebecca | $50,000 | |
| Kitchenmaster, Tammy | $15,000 | |
| Kjorsvik, Danica | $10,000 | |
| Kupcak/Harrington, Debra | $65,137.50 | |
| Latini, Dennis | $88,000 | 14073 East Willard Road<br>Novelty Ohio, OH 44072 |
| LeBlanc, Dan and Deborah* | $41,500 | 240 Hill Street<br>Eunice, LA 70535 |
| Ledebuhr, Richard | $18,000 | |
| Lemons, Darlena | $34,900 | |
| Lewis, Donovan* | $100,000 | 91-1093 Iliahialoe Loop<br>Ewa Beach, HI 96706 |
| Lewis, Martin | $13,000 | 226 Carlisle Road<br>Bedford, MA 01730 |
| Madeiros, Erika | $30,000 | |
| Markey, Joe*<br>Oak River Equity Ventures | $800,000 | Oak River Equity Ventures<br>1380 Madrid Court<br>Pacifica, CA 94044 |

3

**Tyler Bossetti, Docket No. 2:25CR066 – Victim List**

| | | |
|---|---|---|
| Marsh, Brianna | $5,000 | 7270 Stringtown Road<br>Mechanicsburg, OH 43044 |
| Martin-Wildgoose, Maritza and Roderick* | $150,000 | 150 Oakland Avenue<br>Somerset, NJ 08873 |
| McColl, Jack | $7,300 | 6376 E Edgewater Lane<br>Upper Level<br>Huntsville, UT 84317 |
| McDonald, Dennis | $20,000 | |
| McDonald, Diana and Matt* | $40,000 | 712 East Street<br>David City, NE 68632 |
| McDonald, Tina | $66,000 | |
| McGee, Bonnie | $50,000 | |
| McHugh, Kimberly | $10,000 | 125 Roast Meat Hill Road<br>Killingsworth, CT 06419 |
| Meinberg, Jake*<br>Top Dollar Real Estate LLC | $25,000 | 936 Cityscape Drive<br>Charlotte, NC 23205 |
| Morris, Rebeca and Brian | $40,000 | 117 Hunter Ridge Road<br>San Marcos, TX 78666 |
| Nalamalapu, Vinod Reddy | $100,000 | 2454 Cedar Meadow Lane<br>Leander, TX 78641 |
| National Financial Services LLC | $120,000 | |
| Niederman, Janet* | $52,600 | 24299 Paseo De Valencia<br>Apartment 2209<br>Laguna Woods, CA 92637 |
| Nii-Moi, Ebenezer | $25,000 | |
| Obnamia, Forrest | $211,666.67 | 97 Burreed Road<br>Delaware, OH 43015 |
| Odegard, Bargara | $25,000 | |
| Offsite IT LLC | $50,000 | |
| Ontman, Eric | $54,000 | 18201 Collins Avenue<br>Sunny Isles, FL 33160 |
| Ordinola, Luis | $60,000 | 6840 Guilford Bridge Drive<br>Apollo Beach, FL 33572 |
| Otawa, Kenta | $77,452.63 | |
| Padovani, Peter | $140,000 | |
| Pallardy, Matt | $57,080 | 156 Greenshire Court<br>O'Fallon, MO 63368 |
| Parker, Gene | $34,300 | |
| Pashina, LeAnn* | $92,218 | 7807 Eppling Lane<br>Austin, TX 78745 |
| Patel, Harita | $52,800 | |
| Petty, Belinda* | $100,000 | 1401 Waterwood Drive<br>Mansfield, TX 76063 |

**Tyler Bossetti, Docket No. 2:25CR066 – Victim List**

| | | |
|---|---|---|
| Piard, Noemie | $45,000 | 1359 West 133rd Way<br>Westminster, CO 80234 |
| Pierce, Angelina | $15,000 | 6900 Westcliff Drive<br>Suite 603<br>Las Vegas, NV 89145 |
| Powell, Araya | $100,000 | P.O. Box 2662<br>Yelm, WA 98597 |
| Pratto, Anthony | $62,500 | 1156B Chestnut Avenue<br>Unit B<br>Austin, TX 78702 |
| Pressler, Linda | $25,000 | |
| Providence Oak Properties LLC | $496,265.28 | 1380 Madrid Court<br>Pacifica, CA 94044 |
| Pryor, Joseph | $160,000 | 5012 Bristol Industrial Way<br>Suite 105<br>Buford, GA 30518 |
| Pyle, Paula | $12,000 | 1001 Pineville Road<br>Apt. 105<br>Raleigh, NC 27617 |
| Rabideauz-Stous, Vickie | $10,000 | |
| Raub, Wayne | $12,000 | |
| Rawson, Enterprises LLC<br>Raws, Zak | $20,500 | |
| Reyna, Gloria | $15,000 | |
| Ringhoffer, Michael and Tatiana* | $260,000 | 1491 East Sagebrush Street<br>Gilbert, AZ 85296 |
| Rousseau, Kyle | $42,171.51 | |
| Sanchez, Christina | $12,5000 | |
| Sandoval, Gabriel | $9,500 | |
| Sargent, Brady Garth | $14,000 | 375 Spring Canyon Road<br>Coalville, UT 84017 |
| Scott, Philip | $108,000 | 2721 West Monroe<br>P. O. Box 1251<br>Lowell, AR 72745 |
| Sekinger, Jeff (Sekinger Group LLC) | $54,388.81 | |
| Service, Jon*<br>(MJ Business Consultants) | $91,000 | 501 Nautical Loop<br>Kyle, TX 78640 |
| Shurleff, Preston | $85,000 | 135 North Star Court<br>Murphy, TX 75094 |
| Skagen, Zachary | $4,741.60 | |
| Sookram, Glenn | $394,900 | 27 McKean Drive<br>Stouffville, Canada L4A4V9 |
| Statsenko, Igor | $21,750 | |

5

**Tyler Bossetti, Docket No. 2:25CR066 – Victim List**

| | | |
|---|---|---|
| Straub, Margeret | $50,000 | |
| Sutton, Stephen* | $40,000 | 4881 Summit Ridge Road<br>Valdosta, GA 31602 |
| Swain, Tim* | $25,000 | 35921 County Road 41<br>Unit 41<br>Eaton, CO 80615 |
| Tassoni, Robert | $30,000 | |
| Teague, Tyler | $35,000 | 138 Cottonwood Place<br>Commercial Point, OH 43116 |
| Troth, James | $115,000 | 102 West Race Street<br>Mechanicsburg, OH 43044 |
| Veloz, Jeffrey | $2,997 | 80 West 27th Street<br>Apt. 2<br>Bayonne, NJ 07002 |
| Ward, Robert | $15,000 | 1717 East Philadelphia Street<br>Lot 67<br>Rapid City, SD 57703 |
| Wiedersprecher, Barbara and Wilfried "Stewart" | $50,000 | |
| Wiedersprecher, Garrett | $5,000 | 1385 Sanzon Drive<br>Fairborn, OH 45324 |
| Wiedersprecher, Wilfried "Taylor" | $70,500 | 1207 East 36th Street<br>Unit 7<br>Charlotte, NC 28205 |
| Williams, Brenda | $58,500 | 3012 Springdale<br>Wasau, WI 54401 |
| Williams, Robert | $50,000 | |
| Yancey, Omar | $175,500 | |
| | **Total Restitution Owed:**<br>**$12,519,202.40** | |

6

AO 245B (Rev. 11/25)  Judgment in a Criminal Case
                Sheet 6 — Schedule of Payments

Judgment — Page _____ of ____1____

DEFENDANT: Tyler Bossetti
CASE NUMBER: 2:25CR00066-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $ __12,519,402.40__  due immediately, balance due

      ☐  not later than _____ , or
      ☑  in accordance with ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
      _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
      _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
      term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:
      Restitution is due immediately, with any unpaid balance to be paid in the amount of not less than 10% of
      defendant's net income per month. Restitution is to be paid through the U.S. Clerk of Court.
      While incarcerated, if the defendant is working in a non-UNICOR or Grade 5 UNICOR job, he shall pay $25 per
      quarter toward the restitution. If working in a Grade 1-4 UNICOR job, the defendant shall pay 50% of his monthly
      pay toward the restitution. Any change in the schedule shall be made only by order of this Court.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

      Case Number
      Defendant and Co-Defendant Names                                   Joint and Several             Corresponding Payee,
      *(including defendant number)*          Total Amount                       Amount               if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☑  The defendant shall forfeit the defendant's interest in the following property to the United States:
      Defendant shall forfeit the items outlined in the Forfeiture Allegations of the Information and paragraph ten of the Plea
      Agreement to the government.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

**8/13/01:  POLICY CHANGE RESTRICTING PUBLIC DISCLOSURE
OF THE STATEMENT OF REASONS PAGE IN THE JUDGMENT**

# DISTRIBUTION OF
# THE JUDGMENT AND COMMITMENT
# WITH THE STATEMENT OF REASONS PAGE
# AND THE DENIAL OF FEDERAL BENEFITS
# PAGE *IS LIMITED TO*:

# DEFENSE COUNSEL
# UNITED STATES ATTORNEY
# U.S.A.'s FINANCIAL LITIGATION UNIT
# UNITED STATES PROBATION
# UNITED STATES PRETRIAL
# UNITED STATES SENTENCING COMMISSION
# (IF A TERM OF IMPRISONMENT, THEN ALSO THE
# FEDERAL BUREAU OF PRISONS)

THE CLERK OF COURTS WILL MAINTAIN THE OFFICIAL VERSION

OF

*THE STATEMENT OF REASONS PAGE*

AND

*THE DENIAL OF FEDERAL BENEFITS PAGE*

SEALED IN A SECURE LOCATION SEPARATELY FROM

THE PUBLIC CASE FILE